# EXHIBIT 63

```
1              IN THE UNITED STATES DISTRICT COURT

2           FOR THE SOUTHERN DISTRICT OF NEW YORK

3    RUBIK'S BRAND LIMITED,              :

4         Plaintiff/Counterclaim Defendant:

5      v.                                : Case No.

6    FLAMBEAU, INC.                      : 1:17-cv-06559

7         Defendant/Counterclaim Plaintiff:  (PGG)

8                       -----------

9              Deposition of RANY L. SIMMS

10                    Washington, DC

11             Wednesday, January 23, 2019

12                     9:07 a.m.

13

14

15

16

17

18

19

20

21

22

23   Job No.:  224791

24   Pages:  1 - 264

25   Reported By:  Dawn M. Hart, RPR/RMR/CRR
```

Transcript of Rany L. Simms
Conducted on January 23, 2019                    15

1        A      About two hours or so, including lunch.

2        Q      Was there anyone else present besides

3   yourself and Plaintiff's counsel when you were

4   preparing for this deposition?

5        A      No.

6        Q      Besides what you've already told me, did you

7   review any other documents during your preparation for

8   this deposition to refresh your recollection?

9        A      Nothing other than what was listed in my --

10  the exhibits to my report.

11       Q      Nothing else?

12       A      No.

13       Q      Did you speak with anyone else other than

14  Plaintiff's counsel to refresh your recollection for

15  this deposition?

16       A      No.

17       Q      Now, you understand that you have been

18  designated to testify as an expert witness on behalf

19  of Rubik's Brand Limited in this case, right?

20       A      Yes.

21       Q      And you are testifying as Rubik's Brand

22  Limited's expert witness today, correct?

23       A      Yes.

24              (Exhibit 158 was marked for identification

25  and is attached to the transcript.)

Transcript of Rany L. Simms
Conducted on January 23, 2019                    31

1       A    I don't know anything about their
2   relationship.
3       Q    Do you understand that the Defendant in this
4   case is Flambeau, Inc.?
5       A    Yes.
6       Q    And do you understand that if I refer to the
7   Defendant as "Flambeau," that refers to Flambeau,
8   Inc.?
9       A    Yes.
10      Q    Do you understand that Flambeau operates a
11  division called Duncan Toy Company?
12      A    I do now.
13      Q    When did you first learn that?
14      A    I believe -- actually, I believe that's in
15  the pleadings.  I think they were listed as one of the
16  Defendants, and I believe there was -- correct me if
17  I'm wrong, I believe that they were stricken because
18  it was pointed out that they were a division and not a
19  separate legal entity.
20      Q    That is correct.  Thank you, sir.
21           Do you understand that if I refer to this
22  division as "Duncan," that that is the Duncan Toy
23  Company division of Flambeau?
24      A    Okay.
25      Q    Besides reading the pleadings in this case,

Transcript of Rany L. Simms
Conducted on January 23, 2019                    32

1    how are you familiar, if at all, with Duncan?

2         A    Well, I heave heard of Duncan Toys, and I'm

3    not sure of all of the products that they produced,

4    but ...

5         Q    Do you know any of the products Duncan has

6    produced?

7         A    I'm not sure.  Was the yo-yo one of their

8    products?

9         Q    Yes.

10        A    Beyond that, I -- my memory fails me.

11        Q    For how long, as best as you can recollect,

12   have you associated Duncan with yo-yos?

13        A    Probably when I was a kid, I assume, that I

14   knew that Duncan was a manufacturer of yo-yo, I

15   believe.  Sometime.  Maybe not then, but subsequently.

16        Q    Do you associate Duncan with any other

17   products?

18        A    Not offhand.

19        Q    Do you have any opinion, positive or

20   negative, of Duncan?

21        A    No.

22        Q    Do you have any opinion, positive or

23   negative, of Flambeau?

24        A    No.

25        Q    Do you know whether Duncan is a well-known

Transcript of Rany L. Simms
Conducted on January 23, 2019                    33

1    brand in the toy industry?

2         A    Not of personal experience, but I assume

3    that they're one of the leaders in the toy industry.

4         Q    Do you know whether Duncan has a positive

5    reputation in the toy industry?

6         A    I have no way of knowing.

7              MR. HUDIS:  Off the record.

8              (A discussion was held off the record.)

9    BY MR. HUDIS:

10        Q    Mr. Simms, off the record I showed counsel

11   what is in my hand, which we agree is a genuine

12   Rubik's Cube, and it's got the Rubik's house mark and

13   rubiks.com domain name on it.

14             Do you see that?  (Showing the witness.)

15        A    Yes.

16        Q    All right.  And until the actual marked

17   deposition exhibit arrives, we're going to use this

18   Rubik's Cube in my hand, and counsel and I have

19   stipulated that's a genuine Rubik's Cube.

20             Do you understand that?

21        A    Yes.

22        Q    Before today, what knowledge did you have of

23   the Rubik's Cube as shown in my hand?

24        A    By "knowledge," what do you mean?  I am

25   familiar with it.

Transcript of Rany L. Simms
Conducted on January 23, 2019                    34

1        Q     I'm sure.

2              How long have you been familiar with the

3    Rubik's Cube?

4        A     I do not know.  I'm sure I had one in my

5    possession when I was growing up at some point in

6    time.  I guess -- actually, it must have been after I

7    was growing up, because it came out in the '80s, I

8    believe.  So I am familiar with the product.

9        Q     Did you ever buy a Rubik's Cube for

10   yourself?

11       A     I have no recollection of that.

12       Q     Did you ever buy a Rubik's Cube as a gift

13   for someone else?

14       A     I have no recollection of that.

15       Q     Have you ever played with a Rubik's Cube?

16       A     Yes.

17       Q     When was the last time you played with a

18   Rubik's Cube?

19       A     Many years ago.

20       Q     Have you ever observed someone else playing

21   with a Rubik's Cube?

22       A     Probably on television or something like

23   that.

24       Q     To the best of your knowledge, Mr. Simms,

25   when playing with a Rubik's Cube, what is the object

Transcript of Rany L. Simms
Conducted on January 23, 2019                                    35

1    of playing with it?

2         A    As far as I know, it is to return the cube

3    to the original position where you have colors on each

4    side of that particular device.

5         Q    Okay.  So I have the Rubik's Cube in my

6    hand --

7         A    Yes.

8         Q    -- and it has unified colors of the

9    following:  White, yellow, orange, red, green, and

10   blue.  Do you see that?

11        A    Yes.

12        Q    And there is no mixing of the colors in any

13   way.  Do you see that?

14        A    Yes.

15        Q    Is this what you meant by its original

16   state?

17        A    Yes.

18        Q    What does it mean to scramble a Rubik's

19   Cube?

20        A    I would assume it means to mix up that

21   particular device and -- so it no longer has uniform

22   colors on one side.

23        Q    By turning it?

24        A    Yes.

25        Q    By its smaller cubes which we call cubies?

Transcript of Rany L. Simms
Conducted on January 23, 2019                    38

1        Q    Would you agree, yes or no, that a spatial

2   logic toy has a purpose to come to a certain desired

3   result by moving the toy in some fashion?

4        A    I'll accept that.

5             MR. HUDIS:  Off the record.

6             (A discussion was held off the record.)

7             (Exhibit 159 was marked for identification

8   and is attached to the transcript.)

9   BY MR. HUDIS:

10       Q    Mr. Simms, I show you what's been marked as

11  Exhibit 159.  Do you recognize the document?

12       A    (Reviewing.)

13            Yes.

14       Q    Do you recognize this document as

15  Jessie Roberts' expert report submitted in this

16  action?

17       A    Yes.

18       Q    And you reviewed Miss Roberts' report --

19  this is M-S -- and you said you reviewed Ms. Roberts'

20  report in connection with your preparation for this

21  deposition?

22       A    Yes.

23       Q    And you reviewed Ms. Roberts' report so that

24  you could prepare your own report of Exhibit 158,

25  correct?

Transcript of Rany L. Simms
Conducted on January 23, 2019                    40

1    know what the -- actually what the industry considers

2    a fidget toy and what they don't consider a fidget

3    toy.

4         Q    So would you have any reason to disagree

5    with Ms. Roberts' characterization of a fidget toy and

6    a spatial logic toy in paragraph 43 of Exhibit 159?

7         A    I repeat me answer, I don't know what a

8    fidget toy really is defined as and whether this

9    qualifies as a fidget toy or not.

10              (Exhibit 47 was previously marked for

11   identification and is attached to the transcript.)

12        Q    Mr. Simms, I show you what's been previously

13   marked as Deposition Exhibit 47.

14              Do you recognize the document?

15        A    Yes.  I have seen it.

16        Q    What is it?

17        A    It is the trademark registration of the

18   trade dress of the Rubik's Cube.

19        Q    Mr. Simms, if you could turn to paragraph 15

20   of your report, Exhibit 158.

21              Paragraph 15 of Exhibit 158, is that your

22   description of what is provided on the Registration

23   Certificate of Exhibit 47?

24        A    Yes.  I hope I copied it correctly.

25        Q    Now, I'm going to be asking you some

Transcript of Rany L. Simms
Conducted on January 23, 2019                    45

1      Q      So you knew him as an examining attorney at
2  the USPTO, correct?
3      A      Yes.
4      Q      Could you please describe the mark shown in
5  the Registration Certificate of Exhibit 47.
6      A      It's the trade dress of the Rubik's Cube.
7      Q      Do you understand that if I refer to this
8  design as the "Rubik's Cube design," that I am
9  referring to the design shown in the drawing of
10  Exhibit 47?
11     A      Would you repeat that question again.
12     Q      Do you understand that if I refer to this
13  design as the "Rubik's Cube design," that I am
14  referring to the design shown in the drawing of
15  Exhibit 47?
16     A      Yes.
17     Q      Do you understand that this is the design --
18  the Rubik's Cube design in which RBL is claiming
19  trademark rights in this case?
20     A      Yes.
21     Q      Is there a statement describing the mark in
22  this Registration Certificate of Exhibit 47?
23     A      Yes.
24     Q      All right.  What does it say?
25     A      It says, "The mark consists of a black cube,

1    having nine color patches on each of its six faces,

2    with the color patches on each face being the same and

3    consisting of the colors red, white, blue, green,

4    yellow, and orange."

5        Q    Does this description of the mark in Exhibit

6    47 convey to the public what the owner's mark is?

7        A    It does to me.  I don't know whether it

8    conveys it to the public.

9        Q    Does the description of the mark in the

10   registration certificate function as a notice to

11   competitors regarding the parameters of the owner's

12   mark?

13       A    Yes.

14       Q    We previously defined trade dress -- what

15   trade dress is and the types of trade dress.

16            Do you remember that discussion we had?

17       A    Yes.  I probably didn't define it as well as

18   I could have, but yes.

19       Q    Would the mark shown in the registration of

20   Exhibit 47 be considered trade dress?

21       A    Yes.

22       Q    Would the marks shown in the '094

23   registration -- you understand if I refer to the

24   registration of Exhibit 47 as the '094 registration,

25   they're one in the same?

Transcript of Rany L. Simms
Conducted on January 23, 2019                                47

1          A     Yes.

2          Q     And that refers to Registration No.

3     1,265,094?

4          A     Yes.

5          Q     Would the mark shown in the '094

6     registration be considered a configuration mark or

7     packaging?

8          A     It would be -- if you were going to

9     categorize it as either one, I suppose it would be a

10    configuration mark.

11         Q     Let's go back to your expert's report.  I'd

12    like you to turn to, in Deposition Exhibit 58 [sic],

13    Exhibits 2 and 3 to your report.

14         A     (Complying.)

15         Q     Mr. Simms, does this report of Exhibit 158

16    constitute the entirety of the opinions you intend to

17    provide in this case?

18         A     So far as -- as revealed now, yes.

19         Q     So Exhibit 2 to your report, is this the

20    entirety of what you reviewed to prepare your report?

21         A     As far as the documents reviewed, yes.

22    Those list the documents I reviewed.

23         Q     Let's turn to Exhibit 159, Ms. Roberts'

24    report, and I'd like to turn to Exhibit C, please.

25         A     (Complying.)

Transcript of Rany L. Simms
Conducted on January 23, 2019                    48

1        Q    Ms. Roberts -- to prepare your report, did

2   you review any of the patents listed in Ms. Roberts'

3   report at Exhibit C?

4        A    The only patent I reviewed is listed in the

5   documents reviewed in my report.

6        Q    So the only document that is listed in your

7   report is U.S. Patent No. 4,378,116; is that right?

8        A    Yes.

9        Q    And that is the only patent you reviewed to

10  prepare your report; is that correct?

11       A    Yes.

12       Q    Let's turn to Exhibit D of Ms. Roberts'

13  report, Exhibit 159.  Did you review any of the case

14  decisions in Ms. Roberts' report of Exhibit D?

15       A    I reviewed some of them.

16       Q    Could you tell us which ones?

17       A    Morton-Norwich, Bose.  I'm a little bit

18  familiar with Babies Beat.  At least I've reviewed

19  what she said about that case.  Inwood Laboratories.

20       Q    That's the functionality case we talked

21  about before?

22       A    Yes, which I referred to as Ives.

23       Q    Uh-huh.

24       A    Nothing else in connection with preparation

25  of my report.

Transcript of Rany L. Simms
Conducted on January 23, 2019                          49

1        Q     To prepare your report did you review any of

2   the Specialized Seating cases?

3        A     No.

4        Q     To prepare your report did you review any of

5   the Moleculon case?

6        A     No.

7        Q     Mr. Simms, could you turn to Exhibit E in

8   Ms. Roberts' report, Exhibit 159.

9        A     (Complying.)

10       Q     Did you review the articles cited in

11  Ms. Roberts' report of Exhibit E to prepare your

12  report?

13       A     No.

14       Q     We discussed previously what you know about

15  the relationships between Ernõ Rubik's and RBL.  I'd

16  like to ask you a couple of other questions.

17             Do you know about any relationship between

18  Ernõ Rubik and Ideal?

19       A     No.

20       Q     Do you know about any relationship between

21  Ideal and CBS?

22       A     No, other than I think they were in the

23  chain of title of the registration, I believe.

24       Q     That's Exhibit 47?

25       A     Yes.

Transcript of Rany L. Simms
Conducted on January 23, 2019                    52

1   BY MR. HUDIS:

2        Q    Mr. Simms, while we were on the break, I

3   marked a series of documents which were all patents.

4   They're deposition exhibits now, 1 [sic] through 166.

5             I'm going to read some portions of them into

6   the record and then ask you a question about each of

7   the patents.  Do you understand?

8        A    Okay.

9        Q    Exhibit 160.  The inventor is Larry Nichols.

10  The owner is Moleculon Research Corporation.  The

11  filing date of the underlying Application is March 4,

12  1970.  It issued on April 11, 1972.  The title of the

13  patent is "Pattern Forming Puzzle and Method with

14  Pieces Rotatable in Groups."

15            Mr. Simms, Exhibit 160, did you consider

16  this patent in forming your opinion as to whether the

17  '094 trademark registration was obtained by fraud?

18       A    No.

19       Q    Exhibit 161.  It's an English translation of

20  a Hungarian patent.  The Applicant is Ernõ Rubik.  The

21  inventor is Ernõ Rubik.  The filing date of the

22  Application is January 30, 1975.  The published -- it

23  published on October 28, 1976, and issued on

24  December 31, 1977.  The title of the patent is

25  "Spatial Logic Toy."

Transcript of Rany L. Simms
Conducted on January 23, 2019                    53

1              Mr. Simms, did you consider this patent of

2     Exhibit 161 in forming your opinion whether the '094

3     trademark registration was obtained by fraud?

4         A    No.

5         Q    I'd like to go back to an exhibit I just

6     discussed with you, which is Exhibit 160, which is the

7     Nichols patent.

8              Did you consider the Nichols patent in

9     forming your opinion as to whether the Rubik's Cube

10    design shown in the '094 trademark registration is

11    functional?

12        A    No.

13        Q    And Exhibit 161, which we just went over,

14    did you consider this patent, the Hungarian patent, to

15    formulate your opinion as to whether the Rubik's Cube

16    design shown in the '094 trademark registration was

17    functional?

18        A    No.

19        Q    I'd like you to now turn, Mr. Simms, to

20    Belgium Patent 887.875, marked as Exhibit 162.  The

21    Applicant is Ernõ Rubik.  The owner is Politechnika

22    Ipari Szovetkezet.  The filing date is March 10, 1981,

23    made available to the public July 1, 1981.  The title

24    of the patent is "Spatial Logic Toy."

25             Mr. Simms, did you consider the patent of

Transcript of Rany L. Simms
Conducted on January 23, 2019                           54

1    Exhibit 162 in forming your opinion as to whether the

2    '094 trademark registration was obtained by fraud?

3         A    No.

4         Q    Did you consider the Belgium patent of

5    Exhibit 162 in forming your opinion as to whether the

6    Rubik's Cube design shown in the '094 trademark

7    registration was functional?

8         A    No.

9         Q    Mr. Simms, I'd now like you to take a look

10   at what's now been marked 163, it's a Hungarian

11   patent, 180.387.  The underlying Application was filed

12   on October 28, 1980, it was published on June 28,

13   1982, and issued on October 30, 1986.  The inventor is

14   Ernő Rubik.  The title of the patent is "Spatial Logic

15   Toy."

16            Mr. Simms, did you consider the Hungarian

17   patent of Exhibit 163 in forming your opinion as to

18   whether the '094 trademark registration was obtained

19   by fraud?

20        A    No.

21        Q    Did you consider the patent of Exhibit 163

22   in forming your opinion as to whether the Rubik's Cube

23   design shown in the '094 trademark registration is

24   functional?

25        A    No.

Transcript of Rany L. Simms
Conducted on January 23, 2019                    55

1      Q    Mr. Simms, I now would like to show you

2  what's been marked as Deposition Exhibit 164.  It is a

3  patent, U.S. Patent 4,378,116.  The inventor is

4  Ernõ Rubik.  The assignee is Politoys Ipari

5  Szovetkezet.  The filing date of the underlying

6  Application is August 3, 1981.  The issue date of the

7  patent is March 29, 1983.

8           And I ask, Mr. Simms, did you consider this

9  patent of Exhibit 164 in forming your opinion as to

10  whether the '094 trademark registration was obtained

11  by fraud?

12      A    Well, it is one of the documents that I

13  had -- I reviewed.  I went to the Office website and

14  printed out that patent.

15      Q    Did you have anyone else interpret the

16  patent of Exhibit 164 for you?

17      A    No.

18      Q    Mr. Simms, I now show you what's been marked

19  as Deposition Exhibit 165.  It is U.S. Patent No.

20  4,378,117.  The inventor is Ernõ Rubik.  The assignee

21  is Politoys Ipari Szovetkezet.  If I didn't say this

22  before, the inventor is listed as Ernõ Rubik.  The

23  filing date of the underlying Application is August 3,

24  1981.  The issue date is March 29, 1983.

25           And I'd like you to take note that one of

1    the references cited is the Hungarian patent that we

2    looked at already, of Exhibit 161.  The title of the

3    patent is "Spatial Logic Toy."

4            And I'd like to know, Mr. Simms, if you

5    considered this patent of Exhibit 165 in forming your

6    opinion as to whether the '094 trademark registration

7    was obtained by fraud?

8        A    No.

9        Q    Did you consider the patent of Exhibit 165

10   in forming your opinion as to whether the Rubik's Cube

11   design shown in the '094 trademark registration is

12   functional?

13       A    No.

14       Q    Mr. Simms, I show you what's been previously

15   marked as Deposition Exhibit 166.  It's an English

16   translation of a Japanese patent.  The number is

17   S53-120946.  It has a publication date of October 21,

18   1978, an Application date of March 29, 1977.  The

19   title of the invention is "Rotation Type Stereoscopic

20   Combination Toy."

21           Mr. Simms, did you consider this patent of

22   Exhibit 166 in forming your opinion as to whether this

23   '094 trademark registration was obtained by fraud?

24       A    No.

25       Q    Did you consider the Japanese patent of

Transcript of Rany L. Simms
Conducted on January 23, 2019                    57

1    Exhibit 166 in forming your opinion as to whether the

2    Rubik's Cube design shown in the '094 trademark

3    registration is functional?

4         A    No.

5              MR. HUDIS:  Off the record.

6              (A discussion was held off the record.)

7              (Exhibit 167 and Exhibit 168 were marked for

8    identification and are attached to the transcript.)

9    BY MR. HUDIS:

10        Q    Mr. Simms, I now show you two exhibits that

11   I just marked as deposition exhibits.

12             Exhibit 167 is the Application File History

13   underlying the U.S. trademark registration 1,265,094

14   which we previously marked as Exhibit 47.

15             Do you understand that?

16        A    Yes.

17        Q    And I also marked as Exhibit 168 a printout

18   from the Trademark Status and Document Retrieval

19   system of the U.S. Patent and Trademark Office,

20   otherwise known as TSDR -- you're familiar with that?

21        A    Yes.

22        Q    -- for Registration No. 1,265,094.

23             Do you see that?

24        A    Yes.

25        Q    Mr. Simms, we're going to be spending a bit

Transcript of Rany L. Simms
Conducted on January 23, 2019                    60

1          Q      And you see there's a lining statement there

2     at the bottom of page 39?

3          A      Yes.

4          Q      And is it the same lining statement that

5     shows up in the trademark registration of Exhibit 47?

6          A      It appears to be, yes.

7          Q      And if you turn to page -- production page

8     42 of the exhibit, you'll see that it was attested to

9     by Samuel L. Cohen, Senior Vice President?

10         A      Yes.

11         Q      And the Application has with it a drawing

12    that's on page 249.  Do you see that?

13         A      Yes.

14         Q      And then we have samples of the goods

15    showing the mark, one of which is on page --

16    production page 253.

17                Do you see that?

18         A      Yes.

19         Q      And you also see that on production page

20    255?  Do you see that?

21         A      Yes.

22         Q      And again, the Application shows on pages --

23    production pages 41 and 42 that the Application was

24    submitted by Richard Rabkin, patent counsel.

25                Do you see that?

Transcript of Rany L. Simms
Conducted on January 23, 2019                    61

1        A    Yes.

2        Q    You would agree it is reasonable to assume

3   that patent counsel is aware of patents related to the

4   goods of his client; is that right?

5             MR. SAUNDERS:  Objection.

6        A    Would you repeat the question?

7        Q    Yes.  You would agree it is reasonable to

8   assume that patent counsel is aware of the patents

9   related to the goods of his client?

10       A    I would assume so.

11       Q    In this case you would agree it is

12  reasonable to assume that after the -- patent counsel

13  is aware of patents related to 3D puzzles?

14       A    I have no way of knowing of what he's aware

15  of, I'm sorry.

16       Q    Did you consider for your report any

17  inferences which could be made from the Application

18  file history that the Applicant was aware of patents

19  related to the 3D puzzles?

20       A    Could you repeat the question again?

21       Q    Yes.  Did you consider for your report any

22  inferences which could be made from the Application

23  file history -- that's Exhibit 167 -- that the

24  Applicant was aware of patents related to 3D puzzles?

25       A    I assume he was related -- I assume he knew

Transcript of Rany L. Simms
Conducted on January 23, 2019                    63

1    knew her as an examining trademark attorney at the

2    U.S. Patent and Trademark Office?

3         A    Yes.

4         Q    That's Kathleen Gallagher?

5         A    Yes.

6         Q    I'd like you to turn to production page 43.

7              MR. HUDIS:  Off the record.

8              (A discussion was held off the record.)

9    BY MR. HUDIS:

10        Q    So in Exhibit 167 we're now at production

11   page 43.  Do you see that?

12        A    Yes.

13        Q    And do you recognize this page as the first

14   Office Action issued in connection with this

15   Application?

16        A    Yes.

17        Q    And the date of the Office Action is

18   July 27, 1982?

19        A    Yes.

20        Q    And this Office Action, you see that it was

21   signed by Ms. Gallagher?

22        A    Yes.

23        Q    And she's the assigned examining attorney,

24   correct?

25        A    Yes.

Transcript of Rany L. Simms
Conducted on January 23, 2019                    64

1        Q    And you see that she issued at least an
2    initial refusal of the Application, correct?
3        A    Yes.
4        Q    All right.  And the original refusal was on
5    the basis that it's a configuration of goods that is
6    functional.  Do you see that?
7        A    Yes.
8        Q    She invites the Applicant to respond.  Do
9    you see that?
10       A    Yes.
11       Q    And she says -- Ms. Gallagher says that the
12   goods are indefinite.  Do you see that?
13       A    Yes.
14       Q    And she suggests a rewording of the goods to
15   "three-dimensional puzzles."  Do you see that?
16       A    Yes.
17       Q    And you see that she did not, after
18   reviewing Office Records, issue a likelihood of
19   confusion refusal?  Do you see that?
20       A    Yes.
21       Q    Let's turn now to production page 44 of
22   Exhibit 167.  And do you recognize production pages 44
23   through 96 as the response to the Office Action we
24   just discussed?
25       A    (Reviewing.)

Transcript of Rany L. Simms
Conducted on January 23, 2019                    65

```
1            Yes.
2       Q    Do you see that the Office Action response
3  was signed on September 3, 1982?  That's on production
4  page 44.
5       A    Yes.
6       Q    And according to the stamp, it was received
7  in the Office on September 7, 1982?
8       A    Yes.
9       Q    And you see as an amendment to the
10 Application the Applicant revises its identification
11 of goods to "three-dimensional puzzles"?  Do you see
12 that?
13      A    Yes.
14      Q    And that's the same description of the goods
15 that shows up in the Registration Certificate of
16 Exhibit 47?
17      A    Yes.
18      Q    Now, you see on production page 45 of
19 Exhibit 167 that in the third full paragraph the
20 Applicant concedes that the mark sought for
21 registration is a configuration of the goods?
22      A    Yes.
23      Q    And you see there is a quote from
24 Inwood Labs that is on page production page 46.  Do
25 you see that?
```

Transcript of Rany L. Simms
Conducted on January 23, 2019                    69

1   in Ideal vs. Chinese Arts of any patents or patent

2   Application kickbacks.  Do you see that?  Are you

3   aware of that?

4        A    I have not read this since I did my report,

5   but I assume that's correct.

6        Q    And on production page 59 there is a

7   statement here about the relationship between Rubik

8   and Ideal; do you see that?  And I'll read it to you.

9   Bottom of page -- production page 59:

10            "The cube which Ideal sells was invented by

11  a teacher in Hungary, Ernõ Rubik, in about 1975.

12  Ideal now has, by agreement, an exclusive arrangement

13  with the inventor to sell the puzzle in the

14  United States."

15            Do you see that?

16       A    Yes.

17       Q    Did you consider this relationship between

18  Ernõ Rubik and Ideal in connection with forming the

19  opinions as expressed in your report?

20       A    I was aware of that relationship because it

21  was mentioned in this opinion, yes.

22       Q    Let's go to production page 60.  Do you see

23  here in the third full paragraph it says, "The game is

24  to manipulate each level of the cube so as to mix up

25  the colors and then try to reassemble the cube into

Transcript of Rany L. Simms
Conducted on January 23, 2019                    70

1   the original one-color per side position."

2        Do you see that?

3   A    Yes.

4   Q    Did you consider this in connection with

5   your opinions expressed in your report?

6   A    I reviewed everything in the file, including

7   this opinion, yes.

8   Q    Now, the Applicant on production pages 62

9   through 63, you see where that paragraph spanning the

10  two pages, it says, "A wide variety of possible

11  patterns on each side other than solid colors as well

12  as a wide variety of color shapes and sizes could have

13  been used by Defendants in their products."

14       Do you see that?

15  A    Yes.

16  Q    Now, the consideration of alternative

17  designs, is that the law today in determining

18  functionality?

19  A    Yes.  It is one of the Morton-Norwich

20  factors that continues today, yes.

21  Q    Is that expressed in the TrafFix vs. MDI

22  case?

23  A    I am not sure, but it is clear from the

24  Federal Circuit opinion, the value case, that

25  Morton-Norwich survives TrafFix Devices.

Transcript of Rany L. Simms
Conducted on January 23, 2019                    73

1    one is issued by the Third Circuit, and it is on

2    pages -- production pages 83 through 96.

3              Do you see that?

4         A    Yes.

5         Q    And the Third Circuit affirms the issuance

6    of a preliminary injunction; do you see that?

7         A    Yes.

8         Q    And on page 84 the Third Circuit discusses

9    the relationship between Mr. Rubik and Ideal; do you

10   see that?

11        A    Yes.

12        Q    And did you consider this relationship as

13   part of your opinions expressed in your report?

14        A    Again, I read the whole file, and I

15   considered everything in the file in connection with

16   my report.

17        Q    So on page 85, production page 85, at the

18   top, it says, "Ideal holds no patent rights in the

19   Rubik's Cube."

20             Do you see that?

21        A    Yes.

22        Q    All right.  Now, we've gone through a couple

23   of patents.  Did Mr. Rubik at this point in time,

24   1982, hold any patents for configurations of the

25   Rubik's Cube?

Transcript of Rany L. Simms
Conducted on January 23, 2019                    74

1        A    According to the exhibits, I believe he did.

2        Q    Now, on page -- production page 86 of the

3   file history, Exhibit 167, there's a description of

4   the mark in footnote 3.

5             Do you see that?

6        A    Yes.

7        Q    Do you consider that description by the

8   Third Circuit to be an accurate description of the

9   Rubik's Cube?

10       A    And where does this description come from

11  again?

12       Q    Right here on the page.

13       A    I see it, but what is the Court referring

14  to, oral argument?

15       Q    Yes.

16       A    Description by counsel for the Appellee.

17            (Reviewing.)

18            Yes, I see it.

19       Q    Do you think it's an accurate description of

20  the Rubik's Cube which I'm holding up in front of you

21  (indicating)?

22       A    It appears to be.

23       Q    In that same footnote it says right below

24  the description, "The District Court obviously acted

25  under severe time constraints of a preliminary

Transcript of Rany L. Simms
Conducted on January 23, 2019                    77

```
 1        Q     Yes.  And the quote I'm looking for is at
 2   the bottom of page 90, where you are.
 3        A     Uh-huh.
 4              (Reviewing.)
 5              Yes.
 6        Q     And do you believe that's still the law
 7   today?
 8        A     Yes.
 9        Q     And if we could go now to production page
10   232.
11        A     (Complying.)
12        Q     It is after the Third -- the end of the
13   Third Circuit's opinion.
14        A     232?
15              MR. HUDIS:  If we can go off the record.
16              (A discussion was held off the record.)
17   BY MR. HUDIS:
18        Q     So you see on production page 232 there is
19   an assignment of the mark and Application from
20   Ideal Toy to CBS, Inc.; do you see that?
21        A     Yes.
22        Q     And was recorded with the USPTO on
23   September 20, 1982?
24        A     Yes.
25        Q     And the assignment occurred on April 5,
```

Transcript of Rany L. Simms
Conducted on January 23, 2019                    78

1    1982; do you see that?

2         A    Yes.

3         Q    And you considered this assignment as part

4    of your review of the file history?

5         A    I saw the assignment, yes, when I reviewed

6    the Application file.

7         Q    If we could now turn to production page 97.

8         A    (Complying.)

9              MR. HUDIS:  Off the record.

10             (A discussion was held off the record.)

11   BY MR. HUDIS:

12        Q    And you see here there is a second Office

13   Action?

14        A    Yes.

15        Q    And the mailing date is January 17, 1983?

16        A    Yes.

17        Q    And on the bottom of production page 97 the

18   examining attorney who signed this Office Action is

19   Kathleen Gallagher?

20        A    Yes.

21        Q    So we have a common understanding, what is

22   an Office Action?

23        A    An Office Action is a letter written by the

24   Office either after the Application is filed or in

25   response to an Applicant's communication.

Transcript of Rany L. Simms
Conducted on January 23, 2019                    79

1        Q     So we have a common understanding of terms,

2    Mr. Simms, if I use the terms either "Office" or the

3    acronym "USPTO," you and I understand that means the

4    U.S. Patent and Trademark Office?

5        A     Yes.

6        Q     And Ms. Gallagher in this second Office

7    Action on production page 97 says that the mark

8    applied for is a configuration of the goods, and it's

9    functional, and she appears to dismiss the

10   significance of the Chinese Arts and Plawner decisions

11   as preliminary injunction decisions decided on the

12   basis of secondary mean.

13            Do you see that?

14       A     I see the paragraphs you have referenced to.

15       Q     Uh-huh.

16       A     She, in her second full paragraph, is merely

17   summarizing what happened before, that she has refused

18   on the grounds of primary functionality, and in the

19   third full paragraph she indicates that those

20   decisions involve preliminary injunctions, and then

21   she says that in each decision the Court based the

22   decision to enjoin the Defendant's activities on

23   findings of secondary meaning.

24       Q     All right.  And in this Office Action --

25       A     Yes.

Transcript of Rany L. Simms
Conducted on January 23, 2019                    80

1        Q     -- of page 97, Exhibit 167, at the bottom,
2   Ms. Gallagher says, "Applicant must set forth the
3   registration numbers of any patents which cover the
4   goods in the Application."
5             Do you see that?
6        A     Yes.
7        Q     Now, this examining attorney, Ms. Gallagher,
8   asks for patents which covered the goods in the
9   Application, right?
10       A     Yes.
11       Q     And the goods in the Application at this
12  point are three-dimensional puzzles, right?
13       A     Yes.
14       Q     So the Examiner asked for patents related to
15  three-dimensional puzzles, right?
16       A     She asked for registration numbers for those
17  patents.
18       Q     Not just patents for puzzles having certain
19  colors, right?
20       A     She asked for patents which cover the goods.
21       Q     And a reasonable person would read this
22  request to mean that the Applicant should turn over or
23  identify by number all patents related to the
24  three-dimensional puzzles, right?
25             MR. SAUNDERS:  Objection.  Calls for

Transcript of Rany L. Simms
Conducted on January 23, 2019                                    81

1    speculation, argumentative.

2         Q    You may answer.

3         A    The examining attorney asked for patent

4    numbers of patents which cover the goods.

5         Q    Would that request from the Examiner include

6    foreign patents?

7         A    It asks for patent numbers, so it could.

8         Q    Could it include -- could the request from

9    the Examiner include patent Applications?

10        A    It could include numbers of patent

11   Applications, yes.

12        Q    Now, we established that in your work

13   history you used to be an examining attorney, right?

14        A    Yes.

15        Q    As an examining attorney, wouldn't you want

16   your Applicants to err on the side of inclusiveness

17   when asking for information or materials?

18        A    Could you repeat the question?

19        Q    Yes.  As a trademark examining attorney,

20   wouldn't you want your Applicants to err on the side

21   of inclusiveness when asking for information or

22   materials?

23        A    Let me put it this way, if you put a request

24   in your Application, you would like the Applicant to

25   respond to it.  And if they didn't, you would want to

Transcript of Rany L. Simms
Conducted on January 23, 2019                     82

1    repeat that requirement.

2        Q    Now, regarding the question of

3    registrability of a mark, as an examining attorney,

4    more information in front of you would be better than

5    less, correct?

6             MR. SAUNDERS:  Hold on.  I didn't hear the

7    last part.

8             MR. HUDIS:  More information would be better

9    than less.

10       A    If you're an examining attorney, you want to

11   have all of the information in front of you or

12   available to you in order to make a decision on the

13   issue you have, yes.

14       Q    So as an examining attorney, you wouldn't

15   want your Applicant selectively choosing which patents

16   to give you in response to your request, you would

17   want copies or numbers of all the patents that related

18   to the goods in question if you asked, correct?

19            MR. SAUNDERS:  Objection.

20       A    If you asked for patent numbers, I assume --

21   I would think the examining attorney would want the

22   Applicant to respond to that request by listing patent

23   numbers, that's correct.

24       Q    All of them?

25       A    Yes.

Transcript of Rany L. Simms
Conducted on January 23, 2019                    83

1      Q     If we could go now to production page 98 of

2    Exhibit 167.

3      A     (Complying.)

4      Q     This is now the Applicant's second response

5    to the second Office Action we just discussed; is that

6    correct?

7      A     Yes.

8      Q     And this response was signed by

9    Richard Rabkin on May 25, 1983, and received in the

10   Office on May 31, 1983; is that correct?

11     A     Yes.

12     Q     And on pages 98 and 99 Mr. Rabkin, for the

13   Applicant, is arguing that the Rubik's Cube is

14   nonfunctional and has attained secondary meaning.

15           Do you see that?

16     A     Yes.

17     Q     And he cites to two new opinions, In Re:

18   Certain Puzzle -- excuse me, In Re:  Certain Cube

19   Puzzles and CBS vs. Logical Games; do you see that?

20     A     Yes.

21     Q     And Mr. Rabkin refers to and submits the

22   preliminary injunction declarations of himself and

23   Morton Schneider from a case titled Ideal vs. Dajere,

24   D-A-J-E-R-A [sic], without the attached exhibits.

25           Do you see that?

Transcript of Rany L. Simms
Conducted on January 23, 2019                    85

1   and I want to know, as far as you can tell, is the ITC

2   description of the mark accurate.  Including the

3   definition of the mark and the object of the game.

4        A    (Reviewing.)

5             MR. SAUNDERS:  You're asking him about

6   pages -- what page?

7             MR. HUDIS:  112 through 114.

8             MR. SAUNDERS:  That means he's asking

9   whether every statement on those pages is accurate.

10            MR. HUDIS:  On the mark and description of

11  the game.  So not every single statement.

12            MR. SAUNDERS:  I would suggest that you

13  point him to a specific statement that you're asking

14  him is accurate or not.

15            MR. HUDIS:  Sure, I can do that.

16       Q    So starting on page 112, "Ideal claims a

17  common law trademark in the appearance of its cube" --

18  "Ideal's cube puzzle called the Rubik's Cube, a

19  six-sided cube made of black plastic.  Each side there

20  are nine smaller cubes called cubies.  In the regular

21  or less expensive version of the cube, the outer face

22  of the cube are covered with adhesive squares of the

23  same color when the puzzle is in the starting

24  position.  The colors are used" -- "used are red,

25  blue, yellow, green, orange, and white.  These colors

Transcript of Rany L. Simms
Conducted on January 23, 2019                    86

1    appear against a black grid pattern formed by the

2    black plastic background."

3           Is that an accurate description of the

4    Rubik's Cube.

5       A    I would say yes.

6       Q    "In the deluxe model the same general colors

7    are used but the hues are different from those in the

8    regular model.  The colored squares in the deluxe cube

9    are made of plastic and are inserted and glued into

10   the black cubes.  In addition, the black background

11   grid is thicker than on the regular cube.  The colored

12   sides are slightly raised, and the cube is slightly

13   larger than the regular cube."

14          Do you see that?

15      A    Yes.

16      Q    And that is an accurate description of the

17   Rubik's Cube?

18          MR. SAUNDERS:  Objection.  It refers to a

19   cube that is not defined, not before us, and we have

20   no idea what "deluxe model" is.

21          MR. HUDIS:  I will ask it in a different

22   way.

23      Q    Is that description I just read to you from

24   the ITC decision an accurate description of the

25   Rubik's Cube I hold in front of you (indicating)?

Transcript of Rany L. Simms
Conducted on January 23, 2019                    87

1        A     It appears to be, yes.

2        Q     Then it says on page 114:

3              "According to Ideal, this creates a

4    distinctive grid background.  This is the very way the

5    puzzle looks in the starting position and the way the

6    cube looks when the puzzle is solved.  The player

7    rotates sections of the puzzle and scrambles the

8    colors.  The colors must be unscrambled to solve the

9    cube" -- "to solve the puzzle.  It is sold in the

10   starting position so the purchaser will know that the

11   puzzle can be solved."

12             Is that an accurate description of how to

13   use the Rubik's Cube?

14             MR. SAUNDERS:  Objection.

15       A     Yes.  It appears to be the way that the

16   puzzle is solved -- the Rubik's Cube puzzle is solved.

17       Q     Mr. Simms, on production page 115 there is a

18   discussion of the relationship between Rubik and

19   Ideal, and it says, "A U.S. firm, Logic Games, is the

20   first company to sell cube puzzles in the

21   United States having the appearance of the Rubik's

22   Cube puzzle."

23             Do you see that?

24       A     Yes.

25       Q     All right.  "Logical Games obtained 3,000

Transcript of Rany L. Simms
Conducted on January 23, 2019                    97

1   that?

2        A    Yes.

3        Q    Which was submitted to the USPTO, correct?

4        A    Yes.

5        Q    And he identifies himself in paragraph 1 as

6   in-house patent counsel for Ideal; do you see that?

7        A    Yes.

8        Q    And there is no mention in Mr. Rabkin's

9   declaration in its entirety of patents, is there?

10       A    That, I do not recall.  If you say so,

11  it's --

12       Q    In paragraph --

13       A    I did read the declaration in its entirety

14  before my report, but not since then.

15       Q    And do you see in paragraph 7, on production

16  page 164, Mr. Rabkin says, "As patent counsel for

17  Ideal, I am responsible for licensing of trademarks,

18  patents and copyrights owned by Ideal Corporation."

19            Do you see that?

20       A    Yes.

21       Q    Now, that statement by Mr. Rabkin, would you

22  agree that this supports an inference that the

23  Applicant was aware of patents relating to

24  three-dimensional puzzles?

25            MR. SAUNDERS:  Objection.

Transcript of Rany L. Simms
Conducted on January 23, 2019                           98

1       A     I would assume that since he's responsible

2   for licensing of trademarks, patents, and copyrights

3   that he would know of all of the intellectual property

4   involved.

5       Q     Did you consider that fact in connection

6   with issuing the opinions in your report?

7       A     Again, the issue, for example, of fraud was

8   based upon Ms. Roberts' statement that there was fraud

9   committed by the Applicant because there was an

10  omission of the -- by -- on the part of the Applicant

11  of listing particular patent numbers and that

12  constituted fraud, but that is not the law.  So --

13      Q     In your view --

14      MR. SAUNDERS:  Let him finish, please.

15      A     Yes, under the Bose case, it must be a

16  knowingly false statement with intent to deceive.  And

17  none of this demonstrates that the Applicant made a

18  knowingly false statement with intent to deceive.

19      Q     Mr. Simms, would you agree that case law on

20  the subject of fraud before the PTO says that the

21  knowledge of the actor can be inferred by the

22  circumstances?

23      A     There may be decisions that say that, yes,

24  but Bose also says that fraud -- the Court held that

25  fraud must be a knowingly false statement with intent

Transcript of Rany L. Simms
Conducted on January 23, 2019                    111

1        Q     And in fact, Ms. Gallagher was not the

2    examining attorney who approved the Application for

3    publication; is that correct?

4        A     W.A. Conn is listed as the examining

5    attorney on the registration.

6        Q     And from that you are making the inference

7    that he was the examining attorney who approved the

8    Application for publication?

9        A     Yes.

10              MR. HUDIS:  Off the record.

11              (A discussion was held off the record.)

12   BY MR. HUDIS:

13       Q     Mr. Simms, I'm now going to go a little more

14   in-depth in the patents that we marked and looked at

15   earlier.

16              I'd like you to look at Exhibit 160, which

17   is the Nichols patent.

18       A     (Complying.)

19       Q     And if you could turn to production page

20   1072.

21       A     (Complying.)

22       Q     And it says in the Abstract, the last

23   sentence, "If the assembly is initially arranged

24   properly and then disarranged by a random sequence of

25   rotations, it then serves as a device whose object is

Transcript of Rany L. Simms
Conducted on January 23, 2019                        112

1    the restoration of the original arrangement."

2            Do you see that?

3       A    Yes.

4       Q    So do you see that as a toy that can be

5    assembled and disassembled?

6       A    It appears to be, yes.

7       Q    If we could go to production page 1074 of

8    Exhibit 160.

9       A    I'm sorry, which?

10      Q    1074.

11      A    Yes.

12      Q    Okay.  And you understand that the patent is

13   broken into columns, right?

14      A    Yes.

15      Q    All right.  And each column, each line, has

16   more or less a number assigned to it?

17      A    Yes.

18      Q    All right.  So if we look at the passage in

19   column 1 between lines 30 and 37, I'd like to read

20   that to you:

21           "In particular, the invention includes such

22   devices wherein the engagement is provided by

23   mechanical or magnetic means, providing structural

24   integrity without restriction of rotational freedom

25   and wherein each piece is colored or patterned on its

1    exposed surfaces in a way which allows its arrangement

2    with the other pieces into recognizable predetermined

3    pattern whose establishment is the object of

4    manipulation."

5            Do you see that?

6        A    Yes.

7        Q    So basically what this is saying -- if you

8    agree, tell me -- that the pieces of the Nichols cube

9    can be turned?

10           MR. SAUNDERS:  Object as beyond the scope of

11   the witness's expert report.

12       A    It says what it says.  It appears, as we

13   discussed a minute or two ago, that the assembly can

14   be rotated and disarranged, if that's in response to

15   your question.

16       Q    It is.

17           And that in this passage I just read to you

18   on page 1074, that "The turning of the pieces serves

19   to match the external indicia which, in this case, can

20   be either colors or patterns."

21           Do you see that?

22       A    Yes.

23       Q    And it says that?

24       A    It says, "Each piece is colored or

25   patterned."  Correct.

1      Q     Let's turn to Exhibit 161, which is the

2  Rubik Hungarian patent, 170.062.  On the top of page

3  640 it says, "The object of the invention relates to a

4  spatial toy" -- "spatial logic toy which may be

5  assembled from 27 solid pieces into, with respect to

6  its external shape, a closed cube."

7            And then it goes on to state different types

8  of embodiments.  Do you see that?

9      A     Yes.

10     Q     And those embodiments you can see on page

11 645 of the patent and on 647 of the patent.  Do you

12 see that?

13           MR. SAUNDERS:  Object as beyond the scope of

14 the expert report.

15     A     Yes, I see them.

16     Q     And on production page 645 of the patent of

17 Exhibit 161, this is a 3x3x3 cube; do you see that?

18           MR. SAUNDERS:  Objection to the form of the

19 question.

20     A     A 3x3x --

21     Q     3.

22     A     Yes.

23     Q     And on page 647 you see it's a 2x2 cube or

24 2x2x2?

25     A     Yes.

Transcript of Rany L. Simms
Conducted on January 23, 2019                          115

1          Q     Now, if you go to page 640 of Exhibit 161,

2     the third full paragraph, which starts with "In

3     accordance."

4                Do you see that?

5          A     On 640?

6          Q     Yes.

7          A     The third full paragraph begins, "The most

8     well-known."

9          Q     This paragraph (indicating).

10         A     Oh, okay.

11         Q     Now, at the end of that paragraph it says,

12    "The surfaces of the cubes are supplied with

13    predetermined planar figures or three-dimensional

14    shapes or numbers coded with which they may be

15    differentiated from each other and matched with each

16    other, which as a result of a rotation around the

17    spatial axes, according to the very different

18    variations or combinations appear as further specific

19    legible figures, number, or other symbol combinations

20    on the given face of the cube."

21               Do you see that?

22         A     Yes.

23         Q     And then the next sentence, "The most

24    well-known toy can be built into a large cube from

25    small cubes is the toy in which a figure fragment is

1   drawn on each of the faces of the small cubes forming

2   the large cube, which fragments, after the large cube

3   has been assembled in the correct order, form six

4   different complete pictures with all of the six

5   delimiting faces the large cube.  Therefore, a total

6   of six pictures or figures may be established through

7   the correct single assembly of the small cubes.  As

8   the small cubes have six faces, other variations are

9   also possible.  In other words, a total of 36 pictures

10  may be assembled."

11          Do you see that?

12      A   Yes.

13      Q   So the passages that I just read to you, the

14  invention of the Hungarian patent of Exhibit 161

15  contemplates the turning of smaller cubies, correct?

16          MR. SAUNDERS:  Objection.  Continuing

17  objection as beyond the scope of the expert report and

18  the witness's opinions and also object to the form of

19  the question.

20      Q   You may answer.

21      A   The description here contemplates the

22  turning or disassembling of an object which has images

23  on the little cubies, yes.

24      Q   And the images can be figures, numbers or

25  other symbols or pictures?

Transcript of Rany L. Simms
Conducted on January 23, 2019                    117

1      A     Whatever it says there, yes.

2      Q     Mr. Simms, let's look at the Belgium patent,

3   887.875 of Exhibit 162.  And if you could turn to

4   production page 621.

5      A     (Complying.)

6      Q     And I'm reading at the bottom of the page,

7   so you follow with me.

8           "The surfaces of the cubes are supplied and

9   coated with predetermined flat illustrations or

10  plastic shapes or numeric figures, by which they may

11  be made to be distinct and identifiable from each

12  other by rotating on the spatial axes.  They appear to

13  be transformed into other illustrations, numeric

14  figures or combinations of specific symbols in

15  compliance with the most diversified variation or

16  combinations as well as those that are most the

17  legible or visible on a given surface of the cube."

18          Next paragraph:

19          "One of the most familiar of" -- I'll start

20  again.

21          "One of the most familiar of toys

22  constructed from small cubes is a toy in which each

23  side of the small cubes that make up the large cube is

24  supplied with a portion of an illustration, which

25  after the cubes have been correctly adjusted, form six

Transcript of Rany L. Simms
Conducted on January 23, 2019                           118

1    complete images that are different by themselves on

2    the surface of all sides; i.e., six sides of the large

3    cube.  This way, overall, six images or illustrations

4    may be formed by just one correct adjustment of the

5    small cubes."

6           Do you see that?

7       A    Yes.

8       Q    So this is a description of the invention

9    that you are turning the smaller cubies, correct?

10      A    Yes.

11      Q    And the object, then, is then to match the

12   external indicia, which in this patent describes

13   illustrations, images, or illustrations.

14          Do you see that?

15      A    Yes.

16      Q    And if you look at the embodiments in this

17   patent at the back, the drawings, one embodiment is a

18   3x3 by three cube and another embodiment is a 2x2x2

19   cube.

20          Do you see that?

21      A    Yes.

22      Q    Let's turn to Exhibit 163, Hungarian patent

23   180.387.

24      A    (Complying.)

25      Q    And on page 659 at the top -- production

1    page 659 -- it says, "The object of the invention

2    relates to a spatial logic toy which has a given

3    number of toy elements arranged so as to be rotatable

4    around the spatial axes projected from the geometrical

5    center of the logic toy."

6           Do you see that?

7       A   Yes.

8       Q   And in the next paragraph it refers to

9    Hungarian patent 170.062, and we've already discussed

10   that, correct?

11      A   Yes.

12      Q   And then if you skip a sentence it says,

13   "Numbers, figures, colors, or other symbols are on the

14   external face surface of the toy elements forming each

15   of the surfaces of the large cube which may be

16   arranged into a predetermined logical order by the

17   simultaneous joint rotation of the nine toy elements

18   forming each face surface of the large cube."

19          Do you see that?

20      A   Yes.

21      Q   And then it says, "Japanese Patent

22   Specification No. 55-396 discloses a cube-shaped toy

23   composed of rotatable small elements in the case of

24   which nine small cubes, cube faces, located on each of

25   the cube faces of the large cube can be arranged by

Transcript of Rany L. Simms
Conducted on January 23, 2019                                    120

1     rotation so that each large cube face contains the

2     same color of small cube faces."

3          Do you see that?

4     A    Yes.

5     Q    And then turn the page, please, to page 660,

6     top third of the page:

7          "Due to the colors, figures, numbers or

8     other symbols, such as dominoes, applied to the

9     external faces of the toy elements forming the surface

10    of the spatial logic toy according to the invention.

11    There is an extremely large number of possible

12    solution variations which primarily develops the

13    logical thinking of adolescent children, but there is

14    also the possibility to create rules for various games

15    and then play these games."

16         Do you see that?

17    A    Yes.

18         MR. SAUNDERS:  To the extent you're

19    continuing to ask him what the patent says and does he

20    see it, we'll stipulate that these patents say what

21    they say.

22         MR. HUDIS:  Uh-huh, I understand.

23    Q    And on page 665, the paragraph numbered 8 --

24    and I believe these are the -- this is one of the

25    claims -- "Embodiment of the spatial logic toy

Transcript of Rany L. Simms
Conducted on January 23, 2019                    121

1    according to any claims 1 through 7 characterize that

2    colors or letters and numbers or other symbols are on

3    the external surfaces of the toy elements" -- I don't

4    have to read any numbers -- "with the latter

5    optionally being established in relief."

6            Do you see that?

7            MR. SAUNDERS:  Object to the form of the

8    question.

9        A    Yes.

10       Q    And if you look at the next page, 666, the

11   embodiment is a 2x3x3 cube?

12       A    Yes.

13       Q    So this patent, again, discusses turning the

14   smaller cubies of the cube, correct?

15       A    Yes.

16       Q    And the object is to match the external

17   indicia which, in the patent, contemplates numbers,

18   figures, colors, dominoes, or other symbols?

19       A    Yes.

20       Q    Let's turn now Exhibit 164.  This is the

21   Rubik U.S. '116 patent.  You have to be verbal.

22       A    Oh.  Yes.

23       Q    All right.  And Mr. Simms, you notice that

24   the embodiment on page 667 of Exhibit 164 is the same

25   embodiment that was on page 666 of 163?

Transcript of Rany L. Simms
Conducted on January 23, 2019                                    122

1        A    Yes.  3x3x2.

2        Q    Now, it says -- in the Abstract it says that

3    this is a spatial logic toy, and at the end of the

4    Abstract it says, "In such a manner the toy elements

5    forming the lateral faces of the spatial logic toy can

6    be rotated along the spatial axes by yielding several

7    variation possibilities.  The toy is well suitable for

8    stimulating logical thinking activity."

9             Do you see that?

10       A    Yes.

11       Q    And there is a description of the object of

12   the invention in the Background on column 1, lines 15

13   through 22, as well as lines 34 through 42, and lines

14   50 through 55.

15            Do you see that?

16            MR. SAUNDERS:  Object to the form of the

17   question.  Compound.

18       A    I see the numbers and I see the paragraphs,

19   yes.

20       Q    So without my reading all of this text, this

21   patent -- which you reviewed, correct?

22       A    Correct.  That's correct.

23       Q    Right -- contemplates turning smaller cubies

24   of the larger cube, correct?

25       A    Yes.

Transcript of Rany L. Simms
Conducted on January 23, 2019                          123

1       Q    All right.  And with the goal of matching

2   certain external indicia which, in this patent,

3   discusses colors, numbers, figures, dominoes, or other

4   symbols, correct?

5              MR. SAUNDERS:  Where are you referring to

6   now?

7              MR. HUDIS:  The passages on column 1, lines

8   15 through 22, lines 34 through 42, and lines 50

9   through 55.

10      A    (Reviewing.)

11             MR. SAUNDERS:  I instruct the witness if

12  he's going to answer that compound question, he's

13  going to have to read all of those paragraphs.

14      Q    Please do.

15      A    Okay.  The first one you said is 15 to 22?

16      Q    Correct.

17      A    (Reviewing.)

18             Yes, 15 to 22 discusses each surface colored

19  or carry numbers, figures, or other symbols which can

20  be assembled.

21      Q    And then lines 34 through 42 discusses

22  colors, figures, numbers, or any other symbols, for

23  example, dominoes?

24      A    Yes, I see that language.

25      Q    Right.  And then again in column 1, lines 50

Transcript of Rany L. Simms
Conducted on January 23, 2019                                    124

1   through 55, it says by means of the symbols, numbers,

2   the colors, et cetera?

3        A    Yes, I see that.

4        Q    So again, would you say that the object of

5   this invention is to turn the cubies of the larger

6   cube to match external indicia such as colors,

7   numbers, figures, other symbols such as dominoes?

8        A    That's the object of the invention, yes.

9        Q    If we could turn to the Rubik patent,

10  '114 -- 378.117, all right, which is Exhibit 165.

11            Now, Mr. Simms, you did not review this

12  patent in connection with your report, did you?

13       A    That's correct.

14       Q    Now, it says in the Abstract of the

15  invention of Exhibit 165, on page 1361, it's a spatial

16  logic toy in the form of a regular geometrical solid,

17  the toy elements of which are assembled so that the

18  halves of the logical toy taken along the axis can be

19  rotated in any direction of the spatial axes of the

20  body in relation to the other half.

21            Do you see that?

22       A    Yes.

23       Q    And the embodiment -- one of the embodiments

24  discussed in the patent on page 1362 is a 2x2x2 cube;

25  is that right?

Transcript of Rany L. Simms
Conducted on January 23, 2019                    125

```
1        A     Yes.

2        Q     And if we turn to the Background of the

3   invention, it says on lines 17 through 21, "The small

4   cubic elements forming the plane surfaces of the large

5   cube are either colored or indicated with numbers,

6   figures, or any other symbols."

7              Do you see that?

8        A     Yes.

9        Q     And then it says, "Accordingly, by rotating

10  the cubes, several combinations become possible in

11  compliance with the contents yield by the indicia."

12             Do you see that?

13       A     Yes.

14       Q     So the object of this invention is to turn

15  the smaller cubies, right?

16       A     Yes.

17       Q     And to match the external indicia which, in

18  this patent, contemplates colored -- colors, numbers,

19  figures, or other symbols, right?

20       A     That's the object of the invention, yes.

21       Q     If we could turn to the Japanese patent of

22  Exhibit 166.  On page 1583 of Exhibit 166, all right?

23  If you could please read under the Detailed

24  Explanation of the Invention, those two paragraphs at

25  the bottom of the page.
```

Transcript of Rany L. Simms
Conducted on January 23, 2019                          126

1        A      (Complying.)

2               Yes.

3        Q      And you've read those passages now --

4        A      Yes.

5        Q      -- on page 1583?

6        A      Yes.

7        Q      And I'd like you to now turn to page 1586.

8        A      (Complying.)

9        Q      And do you see here there are two

10   embodiments that show a 3x3 by three cube?

11       A      Yes.

12       Q      And then from your reading of the Detailed

13   Explanation of the Invention, this is an invention

14   whose object is turning the smaller cubies of the

15   larger cube?

16       A      Yes.

17       Q      And its object is to, when you're turning

18   those cubies, to match the external indicia which, in

19   this patent, describes pictures, letters, or patterns?

20       A      (Reviewing.)

21              Yes.

22              MR. HUDIS:  Off the record.

23              (A recess was taken at 12:28 p.m.)

24              (Exhibit 169 through Exhibit 176 were marked

25   for identification and are attached to the

Transcript of Rany L. Simms
Conducted on January 23, 2019                    128

```
 1   of the marked cube --
 2            MR. HUDIS:  And I owe it back to him.
 3            MR. SAUNDERS:  -- when it arrives.
 4            MR. HUDIS:  Glad you said that.
 5   BY MR. HUDIS:
 6       Q    And now we also have the product that is
 7   being accused of infringement in this litigation,
 8   which is the Duncan Quick Cube™, in its packaging.
 9            Do you see that, sir?
10       A    Yes.
11       Q    And just so we know that it's what it is,
12   what it purports to be, it was produced as Flambeau
13   production 1444.
14            Do you see that?
15       A    Yes.
16       Q    And it has the exhibit sticker on the
17   packaging, Exhibit 34?
18       A    Yes.
19            (Exhibit 34 was previously marked for
20   identification and is attached to the transcript.)
21       Q    And it has the Duncan name and the
22   Quick Cube™ product name on the packaging, right?
23       A    Yes.
24       Q    And inside is the Quick Cube™ bearing the
25   Duncan mark; do you see that?
```

Transcript of Rany L. Simms
Conducted on January 23, 2019                           129

```
1        A     Yes.

2        Q     And in Exhibit 20 you have the Rubik's name

3    on it; do you see that?

4        A     Yes.

5        Q     And the packaging, the Rubik's name is also

6    on the cube, right?

7        A     Yes.

8        Q     Mr. Simms, before today, what knowledge did

9    you have of the Duncan Quick Cube™?

10       A     Before today, I only had the knowledge which

11   was conveyed to me in the pleadings, which I believe

12   in an exhibit, had a picture of your client's product.

13       Q     All right.  And that's Deposition Exhibit

14   34?

15       A     Yes, I believe that's the first time I saw

16   that object.

17       Q     So I'll ask you the same series of questions

18   I asked you about the Rubik's Cube.

19             Have you ever bought a Duncan Quick Cube™

20   for yourself?

21       A     No.

22       Q     Did you ever buy a Duncan Quick Cube™ as a

23   gift for someone else?

24       A     No.

25       Q     Have you ever played with the Duncan
```

Transcript of Rany L. Simms
Conducted on January 23, 2019                    137

1   beyond the scope of the expert report?

2          MR. HUDIS:  I'll take that as your

3   continuing objection, not that we agree to it.

4          MR. SAUNDERS:  I understand.

5      Q    So Mr. Simms, on Exhibit 56, does Exhibit 56

6   direct the reader on how to solve the Rubik's Cube by

7   color?

8      A    (Reviewing.)

9          Well, without reading every single item on

10  here, it appears to talk about colors as a way of

11  solving the puzzle.

12     Q    And in fact, it's the six colors, red,

13  green, orange, blue, and yellow?

14         MR. SAUNDERS:  Objection.

15     A    Those are the colors, yes, and white.

16     Q    Well, white is the absence of color; you'd

17  agree with that?

18     A    Yes.

19     Q    All right.  So let's turn to Exhibit 169.

20  And is this another document that directs the reader

21  on how to solve the Rubik's Cube by color?

22     A    (Reviewing.)

23         It appears to show various resolutions of

24  the puzzle by means of the colors that are on the toy.

25     Q    And that's, just so we have it for the

Transcript of Rany L. Simms
Conducted on January 23, 2019                    138

1    record, red, orange, blue, green, yellow, and white?

2         A    Yes.

3         Q    Let's go to Exhibit 58.  Does this document

4    direct the reader on how to solve the Rubik's Cube by

5    color?

6         A    (Reviewing.)

7              Yes, it appears to, without reading

8    everything on there.

9         Q    Exhibit 174 taken from -- I'm out of order

10   so give me a second.

11             So now we'll go through the lesson plans,

12   okay, starting with Exhibit 57, and just so I can

13   speed it up, I'll just read a few passages from the

14   exhibit, production page 342.

15             "The questions on these slides are meant to

16   focus students on characteristics of the Rubik's Cube.

17   The term 'face' will be used throughout.  You can do

18   Rubik's Cube material so you can" -- "so you will want

19   to make sure your students understand this term."

20             At page 344 it says, "The important

21   information on this page is that the center tile tells

22   you what the color face will be when the cube is

23   solved."

24             And on page 350 of Exhibit 57, it talks

25   about cube vocabulary, which is the three-dimensional

Transcript of Rany L. Simms
Conducted on January 23, 2019                        141

1          And at 577 it says, "Congratulations, you
2     have solved the Rubik's Cube."
3          So these lesson plans of Exhibits 57, 170,
4     171, 172, and 173, serve to teach the students step by
5     step lesson by lesson on how to solve the Rubik's Cube
6     by color, correct?
7          MR. SAUNDERS:  Object to the form of the
8     question.  Compound.
9          A    Without --
10         MR. SAUNDERS:  Run on.
11         A    -- viewing these in detail, I would assume
12    that what you stated is correct.
13         Q    Uh-huh.  Let's turn to Exhibit 174.  It
14    says, "How to solve the 3x3 Rubik's Cube.  We have
15    created a series of beginner solution guides with
16    handy tips and tricks to get the Rubik's Cube solved
17    in no time at all."
18         And these are video guides.  They're
19    entitled "Get To Know Your Rubik's Cube:  Solving the
20    White Cross"; "Solve the White Corner"; "Solving the
21    Middle Layer"; "Solve the Top Face, Solving the Final
22    Layer."
23         From what we see on these pages from the
24    rubiks.com website, are these video guides, directions
25    on how to solve the Rubik's Cube by color?

Transcript of Rany L. Simms
Conducted on January 23, 2019                                    142

1          MR. SAUNDERS:  Objection on foundation, to

2     the extent the witness has never seen these before

3     today, and the continuing objection as beyond the

4     scope of the expert report and not reviewed in

5     connection with his opinions.

6          A    I have no reason to doubt what you said.

7          Q    If we could turn to Exhibit 175 on page 337,

8     it says, "The Rubik's Cube is the classic color

9     matching puzzle that is a great mental challenge at

10    home or on the move.  Turn and twist the sides of the

11    cube so that each of the six faces has only one color.

12    A must for puzzle lovers, the aim is to twist and turn

13    the Rubik's Cube to return it to its original state,

14    with every side having one color."

15          So is this describing, on Exhibit 175, the

16    object of the Rubik's Cube is to solve it by color?

17          MR. SAUNDERS:  Same objections.

18          A    It appears to, yes.

19          Q    Mr. Simms, could you now turn to Exhibit 59.

20          Exhibit 59, previously marked at an earlier

21    deposition, is a rendition of a 3x3 cube with 27

22    individual cubies, with all of the cubies on all sides

23    being black.

24          Do you see that?

25          A    Yes.

Transcript of Rany L. Simms
Conducted on January 23, 2019                    148

```
1        A    Yes.
2        Q    All right.  So my question on Exhibit 60 is,
3   isn't the object of a cubing competition to solve the
4   cube by the six colors of the Rubik's Cube design in
5   the fastest time?
6             MR. SAUNDERS:  Objection, lacks foundation.
7   And continuing objection to beyond the scope of the
8   expert report.
9        A    It would appear that what you said is
10  correct.
11       Q    Mr. Simms, do you know what a mosaic is?
12       A    I think so.
13       Q    What's your understanding of what a mosaic
14  is?
15       A    A mosaic would be something which has a
16  variety of colors, perhaps, or other images.
17       Q    So --
18       A    But I would defer to the dictionary.
19       Q    All right.
20       A    Because it was not -- I was not asked to
21  opine on that, the meaning of mosaic, and I'm not
22  prepared for a definition.
23       Q    All right.  So I took out a definition of
24  mosaic from the internet --
25       A    Okay.
```

Transcript of Rany L. Simms
Conducted on January 23, 2019                          155

```
 1    aware of the patent at that time, which was 1984,
 2    correct?
 3              MR. SAUNDERS:  Object to the form of the
 4    question.
 5         A    Who would have been aware?
 6         Q    Well, the Defendant in this case is CBS --
 7         A    Yes.
 8         Q    -- as the assignees of Ideal.
 9         A    Yes.  And you asked me if Ideal would have
10    been aware --
11         Q    Of the '201 patent, at least in 1984.
12         A    If it was at one time a holder of that
13    patent, it should have been, yes.
14         Q    Well, the holder of the patent was Nichols
15    and Moleculon, right?
16         A    Okay.
17         Q    So Ideal and CBS were the parties being
18    sued.
19         A    Okay.
20         Q    So my question was, by virtue of what's
21    stated in this decision, Ideal/CBS would have been
22    aware of the Nichols patent at least in 1984?
23              MR. SAUNDERS:  Objection.  That calls for
24    speculation and no foundation.
25         A    In a suit against CBS, which is a successor
```

Transcript of Rany L. Simms
Conducted on January 23, 2019                    156

1    to Ideal Toy.

2         Q    Right.  So CBS, a successor to Ideal Toy,

3    would have been aware of the Nichols patent at least

4    in 1984?

5         A    Yes, CBS.

6         Q    And if you could go to page 1424, which is

7    on printed page 8.

8         A    (Complying.)

9         Q    And it says that here, the discussion at the

10   bottom of the page, which says, "In February or March

11   of 1981, Obermayer/Moleculon first became aware of

12   Ideal's Rubik's Cube.  Obermayer wrote to the

13   President of Ideal.  Ideal responded that they studied

14   the prior art and believed that the Rubik's Cube did

15   not infringe the Nichols patent and in August of 1981,

16   Obermayer of Moleculon met with Ideal's Chairman to

17   discuss the possibility of a licensing deal."

18             Do you see that?

19        A    Yes.

20        Q    All right.  So Ideal would have been aware

21   of the Nichols patent at least in 1981, correct?

22             MR. SAUNDERS:  Objection.  That calls for

23   speculation.

24        A    Yes, I guess.  It says they met with Ideal's

25   Chairman to discuss the possibility of Ideal licensing

Transcript of Rany L. Simms
Conducted on January 23, 2019                              206

1        A    I don't know if any other Court has so held,

2   no.

3        Q    Let's turn back to your expert report,

4   Exhibit 158.

5             MR. HUDIS:  Off the record.

6             (A discussion was held off the record.)

7   BY MR. HUDIS:

8        Q    Mr. Simms you're familiar with your own

9   expert's report, correct?  You are familiar with your

10  own expert report?

11       A    Yes.

12       Q    So we're going to be discussing -- the

13  report is marked as Exhibit 158.

14            In paragraphs 2, 20 through 26, and 34 of

15  your report you include -- you conclude that the

16  predecessor of Rubik's Brand did not commit fraud in

17  the prosecution of the Application underlying the '094

18  registration, correct?

19       A    Yes.

20       Q    And in paragraphs 2 and 23 of your report

21  you do concede that at no time did Rubik's

22  predecessors respond to the examining attorney's

23  request for patent numbers by listing patents,

24  correct?

25       A    They did not specifically list patent

Transcript of Rany L. Simms
Conducted on January 23, 2019                                        207

1  numbers in a response, that's correct.

2       Q    You also state in paragraphs 2, 26 and 34 of

3  your report that if the trademark owner had a good

4  faith belief that its mark was nonfunctional or

5  registrable, especially in view of decision so

6  holding, then the trademark owner could not commit

7  fraud, correct?

8       A    Relying upon the court case, yes.

9       Q    So, Mr. Simms, you have no personal

10 knowledge what the Applicant in this case, Ideal or

11 CBS, was thinking when it responded to the examining

12 attorney's request for patents, true?

13      A    Of course.

14      Q    So you actually don't know whether the

15 Applicant, Ideal or CBS, had a good faith belief that

16 the mark was nonfunctional and registrable, correct?

17      A    We have no way of knowing what's in the mind

18 of Applicant or its officers.

19      Q    So the Applicant could in fact have hidden

20 the knowledge of the patents from the examining

21 attorney, true?

22      A    The Applicant did not hide the existence of

23 patents from the examining attorney; they were

24 discussed and quoted in a response and copies of

25 decisions referred to the Hungarian patent.