UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUBIK'S BRAND LIMITED,<br><br>                  Plaintiff,<br><br>      -against-<br><br>FLAMBEAU, INC.,<br><br>                  Defendant. | Civil Action No. 1:17-cv-6559 (PGG)<br><br>REDACTED |

**DEFENDANT FLAMBEAU, INC.'S APPENDIX
TO RULE 56.1 STATEMENT OF MATERIAL FACTS
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Description | Bates Range |
|---|---|---|
| 1 | Declaration of Mike Burke | |
| 2 | U.S. Registration No. 5,920,928 | |
| 3 | Duncan 3x3 Quick Cube Photo | FLAMBEAU001444 |
| 4 | Duncan 3x3 Quick Cube Packaging | FLAMBEAU000690 |
| 5 | Duncan 3x3 Quick Cube Packaging | FLAMBEAU000428 |
| 6 | Duncan Website Printout - Quick Cubes | FLAMBEAU000426 |
| 7 | Duncan Website Printout - Quick Cube 3x3 | FLAMBEAU000429-431 |
| 8 | Duncan Catalog Excerpt | FLAMBEAU000848 |
| 9 | WCA Regulations and Guidelines | FLAMBEAU002484-2502 |
| 10 | Declaration of Bennett Berson | |
| 11 | May 28, 2015 E-mails | FLAMBEAU001080 |
| 12 | January 26-28, 2016 E-mails | FLAMBEAU001085 |
| 13 | January 28-February 1, 2016 E-mails | FLAMBEAU001087 |
| 14 | November 11, 2016 E-mail | FLAMBEAU001090 |
| 15 | Declaration of Jessie N. Roberts and Expert Report | |
| 16 | Declaration of Lee Loetz and Expert Report | |
| 17 | Declaration of Anita Marie Boor | |
| 18 | U.S. Patent No. 3,655,201 (Nichols) | FLAMBEAU001072-1079 |
| 19 | Japanese Patent No. 53-120946 (Ishige) and Translation | FLAMBEAU001578-1587 |
| 20 | Hungarian Patent No. 170062 (Rubik) and Translation | FLAMBEAU000631-648 |
| 21 | Belgian Patent No. 887,875 (Rubik) and Translation | FLAMBEAU000602-630 |
| 22 | Hungarian Patent No. 180387 (Rubik) and Translation | FLAMBEAU000649-666 |
| 23 | U.S. Patent No. 4,378,116 (Rubik) | FLAMBEAU000667-671 |

| Exhibit | Description | Bates Range |
|---|---|---|
| 24 | U.S. Patent No. 4,378,117 (Rubik) | FLAMBEAU001361-1364 |
| 25 | U.S. Patent No. 4,409,750 (Silbermintz) | FLAMBEAU001365-1378 |
| 26 | U.S. Patent No. 6,626,431 (Possidento) | FLAMBEAU001678-1684 |
| 27 | U.S. Patent No. 7,644,924 (Horowitz) | FLAMBEAU001685-1695 |
| 28 | U.S. Patent No. 4,421,311 (Sebesteny) | FLAMBEAU001383-1395 |
| 29 | U.S. Patent No. 3,081,089 (Gustafson) | FLAMBEAU001061-1066 |
| 30 | UK Patent Application 2489619 (Perrin) | RBL_009260-9301 |
| 31 | April 5, 1982 Trademark Application | FLAMBEAU000039-42, 249, 253-257 |
| 32 | July 27, 1982 Office Action | FLAMBEAU000043 |
| 33 | September 7, 1982 Response and Amendment | FLAMBEAU000044-47 |
| 34 | January 17, 1983 Office Action | FLAMBEAU000097 |
| 35 | May 31, 1983 Response | FLAMBEAU000098-161 |
| 36 | Notice of Publication | FLAMBEAU000235 |
| 37 | U.S. Registration No. 1,265,094 | FLAMBEAU000279 |
| 38 | October 2, 1984 Decision in *Moleculon Research Corporation v. CBS, Inc.*, No. 82-289 (D. Del.) | FLAMBEAU002065-2087 |
| 39 | June 19, 1985 Brief for Appellant in *CBS, Inc. v. Moleculon Research Corporation*, No. 85-2096 (Fed. Cir.) | FLAMBEAU002006-2025 |
| 40 | May 16, 1986 Decision in *Moleculon Research Corporation v. CBS, Inc.,* No. 85-2096 (Fed. Cir.) | FLAMBEAU002051-2064 |
| 41 | July 6, 1987 Decision in *Moleculon Research Corporation v. CBS, Inc.*, No. 82-289 (D. Del.) | FLAMBEAU002088-2092 |
| 42 | April 5, 1989 Decision in *Moleculon Research Corporation v. CBS, Inc.,* No. 87-1594 (Fed. Cir.) | FLAMBEAU002093-2096 |
| 43 | Excerpts of Rubik's Product Book | RBL_000245, 246, 260 |
| 44 | Rubik's Quick Reference Guide | RBL_005449 |
| 45 | October 24, 2019 decision in *Rubik's Brand Ltd. v. EUIPO & Simba Toys, GmbH*, Case T-601/17 | FLAMBEAU003131-3151 |
| 46 | Rubik's Color Chart | RBL_006075 |
| 47 | Using Official Rubik's Cube Colors | FLAMBEAU002551-2552 |
| 48 | TSDR Information for '094 Registration | FLAMBEAU000001-7 |
| 49 | New Rubik's 3x3 Cube | FLAMBEAU000337-338 |
| 50 | How to Solve the 3x3 Rubik's Cube? | FLAMBEAU000281-288 |
| 51 | Solution Guide 3x3 Rubik's Cube | RBL_000661-672 |
| 52 | Meeting the Cube Lesson 1 Guide | RBL_000339-356 |
| 53 | The White Cross Lesson 2 Guide | RBL_000395-409 |
| 54 | Color Wheel #1 | Deposition Ex. 140 |
| 55 | Color Wheel #2 | Deposition Ex. 141 |
| 56 | Check List for Solving the Rubik's Cube | RBL_002692 |
| 57 | The Rubik's Cube Color Schemes | FLAMBEAU002109-2113 |
| 58 | "Children of the Cube" New York Times Article | FLAMBEAU002607-2623 |

| Exhibit | Description | Bates Range |
|---|---|---|
| 59 | November 10, 2016 decision in *Simba Toys GmBH v. EUIPO & Seven Towns, Ltd*, Case C-30/15 P | FLAMBEAU000552-560 |
| 60 | Excerpts of Deposition Transcript of Holly Riehl | |
| 61 | Excerpts of Deposition Transcript of David Kremer | |
| 62 | Excerpts of Deposition Transcript of Richard Gottlieb | |
| 63 | Excerpts of Deposition Transcript of Rany Simms | |
| 64 | Excerpts of Deposition Transcript of Ronald Vollmar | |
| 65 | Excerpts of Deposition Transcript of Mark Cipolla | |
| 66 | "Cube is a Problem for CBS" New York Times Article | FLAMBEAU002026-2028 |
| 67 | Excerpts of RBL's Third Amended Responses to Second Set of Interrogatories | |
| 68 | Excerpts of RBL's First Amended Responses to Third Set of Interrogatories | |
| 69 | Excerpts of RBL's Second Amended Responses to First Set of Requests for Admission | |
| 70 | Rubik's Interactive Style Guide | RBL_003626-3631 |
| 71 | The Ideal Solution Guide | FLAMBEAU002460-2475 |
| 72 | Scientific American Article Excerpts | FLAMBEAU001149, 1153, 1156, 1170, 1175-1182, 1184, 1186, 1189, 1193 |
| 73 | "Rubik's Cube: A Craze Ends" New York Times Article | |
| 74 | Rubik's Geek Tool Kit | BOSTONA_000033-34, 38-40, 42, 51 |

Respectfully submitted this 22nd day of June, 2020.

/s/ Anthony A. Tomaselli
Anthony A. Tomaselli (*pro hac vice*)
anthony.tomaselli@quarles.com
Kristin Graham Noel (*pro hac vice*)
kristin.noel@quarles.com
Matthew J. Duchemin (*pro hac vice*)
matthew.duchemin@quarles.com
Anita Marie Boor (*pro hac vice*)
anita.boor@quarles.com
QUARLES & BRADY, LLP
33 East Main Street, Suite 900
Madison, WI 53703
Tel.: 608-251-5000

*Attorneys for Defendant Flambeau, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 22, 2020, per Judge Gardephe's Rule IV.C, the foregoing document was served on counsel of record for Plaintiff via e-mail:

Mark I. Peroff
Darren W. Sanders
Cassandra Tam
Peroff Saunders, P.C.
745 5th Avenue, Suite 500
New York, NY 10151
mark.peroff@peroffsaunders.com
dsaunders@peroffsaunders.com
ctam@peroffsaunders.com

*/s/ Anita Marie Boor*
Anita Marie Boor