

33 East Main Street
Suite 900
Madison, Wisconsin 53703
608.251.5000
Fax 608.251.9166
www.quarles.com

Attorneys at Law in
Chicago
Indianapolis
Madison
Milwaukee
Naples
Phoenix
Scottsdale
Tampa
Tucson
Washington, D.C.

Writer's Direct Dial: 608.283.2491
E-Mail: anthony.tomaselli@quarles.com

August 21, 2020

**VIA ECF**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

    Re:    *Rubik's Brand Limited v. Flambeau, Inc., et al.*, Case No. 1:17-cv-06559 (PGG)
           Notice RE Oral Argument on Summary Judgment

Dear Judge Gardephe:

    We represent Defendant Flambeau, Inc. ("Flambeau") in the above-captioned matter. Today, pursuant to Rule IV.C of this Court's Individual Practices, Flambeau submitted all opening and reply materials associated with its motion for summary judgment on Plaintiff Rubik's Brand Limited's ("RBL") entire case. Flambeau submits this letter concurrently to advise the Court, pursuant to Rule IV.D of this Court's Individual Practices, that it believes the facts and the law are fully covered in the parties' filings and, thus, it does not believe oral argument is necessary to resolve its request for summary judgment. Should the Court find oral argument helpful to clarify Flambeau's arguments, or any portion of the record, counsel is happy to make itself available for an argument with reasonable notice of the date and time. Should the Court request oral argument, Flambeau respectfully requests that the argument be held telephonically to mitigate travel during the COVID pandemic.

                                                Respectfully submitted,

                                                */s/ Anthony A. Tomaselli*

                                                Anthony A. Tomaselli

cc:    Counsel of Record