UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| RUBIK'S BRAND LIMITED,<br><br>               Plaintiff,<br><br>    -against-<br><br>FLAMBEAU, INC.<br><br>               Defendant. | Civil Action No. 1:17-cv-6559 (PGG) |

**PLAINTIFF'S APPENDIX TO COUNTERSTATEMENT OF MATERIAL FACTS
TO DEFENDANT FLAMBEAU, INC.'S RULE 56.1
STATEMENT OF MATERIAL FACTS**

| EXHIBIT | DESCRIPTION | BATES RANGE |
|---------|-------------|-------------|
| 75 | Declaration of David Kremer | |
| 76 | Declaration of Holly Riehl | |
| 77 | Declaration of Darren W. Saunders | |
| 78 | RUBIK'S brand presentation regarding the history of the RUBIK'S CUBE, dated 2010 | RBL_002974-RBL_003316 |
| 79 | *Ideal Toy Corp v Chinese Arts And Crafts Inc*, 530 F.Supp. 375 (1981). | |
| 80 | *Ideal Toy Corp. v. Plawner Toy Mfg. Corp.*, No. 81-1431, 1981 WL 48162 (D.N.J. Oct. 20, 1981), *aff'd as modified*, 685 F.2d 78 (3d Cir. 1982). | |
| 81 | *Ideal Toy Corp. v. Plawner Toy Mfg. Corp.*, 685 F.2d 78 (3d Cir. 1982). | |
| 82 | *CBS Inc. v. Logical Games, Inc.*, No. CIV.A. 82-0473-A, 1982 WL 52131 (E.D. Va. Dec. 28, 1982), *aff'd sub nom. CBS, Inc. v. Logical Games*, 719 F.2d 1237 (4th Cir. 1983). | |
| 83 | *CBS, Inc. v. Logical Games*, 719 F.2d 1237 (4th Cir. 1983). | |
| 84 | Photographs of 3x3 twisty puzzles with a white grid seized by U.S. Customs and Border Protection | |
| 85 | Article, "After More Than 40 Years, Rubik's Continues to Puzzle America" and RUBIK'S Brand advertisement, February 2015 issue of The Toy Book magazine | RBL_003554-RBL_003557 |

| EXHIBIT | DESCRIPTION | BATES RANGE |
|---|---|---|
| 86 | Photographs of the RUBIK'S CUBE Light | RBL_002739-RBL_002742 |
| 87 | RBL Newsletter to Licensees, dated 2014 | RBL_008692-RBL_008677 |
| 88 | Article, "Rubik's and PUMA Celebrate the World's Best-Selling Toy," SNEAKERS MAGAZINE, dated Oct. 1, 2019 | |
| 89 | RBL Newsletter to Licensees, dated 2013 | RBL_008676-RBL_008677 |
| 90 | RBL Newsletter to Licensees, July 2016 | RBL_008415-RBL_008428 |
| 91 | RBL Newsletter to Licensees, April 2016 | RBL_008406-RBL_008414 |
| 92 | Presentation re RUBIK'S Brand, dated 2011 | RBL_003317-RBL_003347 |
| 93 | Rubik's Usage Agreements for 2015 | RBL_006454 |
| 94 | Rubik's Usage Agreements for 2016 | RBL_006455 |
| 95 | Rubik's Usage Agreements for 2017 | RBL_006456 |
| 96 | RBL Newsletter to Licensees, dated 2013 | RBL_008674-RBL_008675 |
| 97 | Poster re Snowden film premiere | RBL_002714 |
| 98 | RBL Newsletter to Licensees, dated 2016 | RBL_000215-RBL_000229 |
| 99 | Tiger Beat Celebrity Spectacular Magazine re Justin Bieber | RBL_009006-RBL_009007 |
| 100 | RUBIK'S brand Product Book for 2017 | RBL_000237-RBL_000312 |
| 101 | RBL Newsletter to Licensees, dated 2014 | RBL_008690-RBL_008691 |
| 102 | Photograph of actress Zsa Zsa Gabore | RBL_008462 |
| 103 | Photographs of YCDTRC New England Tournament at the Museum of Science in Boston, dated 2011 (Patriot Ty Law) | RBL_004324, RBL_004452, RBL_004541, RBL_004617 |
| 104 | Photographs of YCDTRC competition at the Las Vegas Science Festival, dated 2011 (Carrot Top) | RBL_004142, RBL_004143, RBL_004150, RBL_004172, RBL_004173 |
| 105 | Press release re the YCDTRC competition at the Las Vegas Science Festival, dated May 6, 2011 | RBL_004237-RBL_004238 |
| 106 | New York Times Article, "Learning Math From the Rubik's Cube," dated Nov. 19, 2009 | RBL_003618 |

| EXHIBIT | DESCRIPTION | BATES RANGE |
|---|---|---|
| 107 | Article, "Artist Creates Gigantic Pop Culture Portraits From Thousands of Rubik's Cubes," MY MODERN MET, dated Jan. 27, 2020 | |
| 108 | Letter from the Museum of Modern Art, dated May 29, 1981 | RBL_000338 |
| 109 | National Toy Hall of Fame webpage re RUBIK'S CUBE | |
| 110 | RBL Newsletter to Licensees, dated 2014 | RBL_008678-RBL_008686 |
| 111 | Presentation re Summary Review of the Rubiks.com Website and RBL's Social Media, dated 2014 | RBL_009160-RBL_009164 |
| 112 | Article, "All-TIME 100 Greatest Toys," TIME MAGAZINE, dated Feb. 16, 2011 | |
| 113 | Article, "The 13 Most Influential Toys of All Time," TIME MAGAZINE, Dated Oct. 29, 2014 | |
| 114 | Article, "The 60 greatest kids' toys ever invented," INSIDER, dated Aug. 25, 2017 | |
| 115 | Promotional materials for the "Beyond Rubik's Cube" Exhibition, dated 2015 | RBL_002759 |
| 116 | Promotional materials for the "Beyond Rubik's Cube" Exhibition, dated 2015 | RBL_002760-RBL_002762 |
| 117 | Promotional materials for the "Beyond Rubik's Cube" Exhibition, dated 2013 | RBL_008589-RBL_008625 |
| 118 | Photographs from the "Beyond Rubik's Cube" Exhibition | RBL_004265, RBL_004274, RBL_004275, RBL_004277 |
| 119 | RUBIK'S Brand Summary Deck | RBL_009008-RBL_009027 |
| 120 | Report of RBL's Social Media, dated March 2018 | RBL_000324-RBL_000337 |
| 121 | RUBIK'S Brand Consumer Demographic/Psychographic Survey, dated November 2014 | RBL_007440-RBL_007445 |
| 122 | Photographs of RUBIK'S Brand Promotions | RBL_003620-RBL_003622 |
| 123 | Flyer for the YCDTRC Lending Program | RBL_003678 |
| 124 | Photographs of YCDTRC Kits | RBL_002725-RBL_002727 |
| 125 | YCDTRC Mosaic template | RBL_002883-RBL_002966 |
| 126 | Photograph of Large Scale Mosaic created from 3x3 RUBIK'S CUBES | RBL_002968 |
| 127 | Photographs of YCDTRC at Coe College in Cedar Rapids, Iowa | RBL_003819-RBL_003820 |
| 128 | Photographs of YCDTRC at MCA of Greater Boston | RBL_003856, RBL_003862 |

| EXHIBIT | DESCRIPTION | BATES RANGE |
|---|---|---|
| 129 | YCDTRC Program Income and Expenditures, 2008-2012 | RBL_007430 |
| 130 | RBL Marketing Fee Invoice to Hasbro, dated April 2017 | RBL_008948 |
| 131 | RBL Marketing Fee Invoice to Hasbro, dated July 2017 | RBL_008949 |
| 132 | RBL Marketing Fee Invoice to Hasbro, dated June 2016 | RBL_008955 |
| 133 | Photograph of Hasbro RUBIK'S CUBE themed game show | RBL_004103 |
| 134 | YCDTRC Program update, dated October 2016 | RBL_007949-RBL_004968 |
| 135 | Web traffic and SEO analysis for the YCDTRC website, dated 2010 | RBL_006752-RBL_006809 |
| 136 | Media Tracker for the YCDTRC Program, dated 2011 | RBL_006717 |
| 137 | YCDTRC Program Competition Rules | RBL_009094-RBL_009105 |
| 138 | Photographs of YCDTRC Program Promotional Booths | RBL_00386, RBL_003724, RBL_003738 |
| 139 | Proposal to Host YCDTRC Program Competition | RBL_006263-RBL_0062564 |
| 140 | Website Visitor Analysis for 2016 vs. 2017, dated Feb. 13, 2018 | RBL_007459-RBL_007465 |
| 141 | RBL Newsletter to Licensees, dated 2014 | RBL_008687-RBL_008688 |
| 142 | Summary of Sales for the 3x3 RUBIK'S CUBE, 2013-2017 | RBL_006453 |
| 143 | Summary of Media Coverage of the 2017 World Championship | RBL_006451-RBL_006453 |
| 144 | Press releases re 2017 World Championship | RBL_006425-RBL_006427 |
| 145 | Press releases re 2017 World Championship | RBL_006422-RBL_006424 |
| 146 | Photograph from 2017 World Championship | RBL_006308 |
| 147 | Summary of Media Coverage of the 2013 RUBIK'S CUBE World Championship | RBL_005900-RBL_005930 |
| 148 | Photographs from the 2013 World Championship | RBL_005601, RBL_005615, RBL_005623, RBL_005628 |
| 149 | RUBIK'S CUBE Coverage Report, dated 2015 | RBL_008077 |
| 150 | Red Bull RUBIK'S CUBE Word Championship Guidelines | RBL_006076-RBL_006088 |
| 151 | Photograph of store check | RBL_009116 |
| 152 | Photograph of store check of Toys "R" Us, dated Sept. 2017 | RBL_006110 |
| 153 | Photograph of store check of Toys "R" Us | RBL_009120 |

4

| EXHIBIT | DESCRIPTION | BATES RANGE |
|---|---|---|
| 154 | RBL Website re 3x3 RUBIK'S CUBE, last visited Aug. 5, 2020 | |
| 155 | Hasbro Website re 3x3 RUBIK'S CUBE, last visited Aug. 5, 2020 | |
| 156 | Winning Moves Website re 3x3 RUBIK'S CUBE, last visited Aug. 5, 2020 | |
| 157 | Duncan Website re Quick Cube, last visited Aug. 5, 2020 | |
| 158 | Summary of RBL's target demographic, dated 2015 | RBL_006830-RBL_006838 |
| 159 | Summaries of RBL's target demographic | RBL_009173-RBL_009188 |
| 160 | RBL Presentation to Hasbro | RBL_006810-RBL_006814 |
| 161 | Flambeau Project Summary re Duncan Quick Cube, dated June 15, 2015 | FLAMBEAU001091-FLAMBEAU001093 |
| 162 | Deposition Transcript Excerpts of Michael Burke, Aug. 16, 2018 | |
| 163 | 3x3 RUBIK'S CUBE | FLAMBEAU001447 |
| 164 | Deposition Transcript Excerpts of Lee Loetz, Dec. 18, 2018 | |
| 165 | Flambeau Quick Cube Presentation | FLAMBEAU000893-FLAMBEAU000895 |
| 166 | WCA Website re "About the WCA" | FLAMBEAU002505-FLAMBEAU002506 |
| 167 | Deposition Transcript Excerpts of Richard Gottlieb, Jan. 18, 2019 | |
| 168 | Quick Cube Quality Inspection Report, dated July 27, 2015 | FLAMBEAU000918-FLAMBEAU000927 |
| 169 | Duncan Quick Cube Customer Email, January 2018 | FLAMBEAU001489-FLAMBEAU001491 |
| 170 | SGS Test Report, dated March 15, 2016 | FLAMBEAU002729-FLAMBEAU002736 |
| 171 | Expert Report of William F. Kitzes, dated Jan. 23, 2019 | |
| 172 | Supplemental Deposition Transcript Excerpts of Michael Burke, Nov. 29, 2018 | |
| 173 | Deposition Transcript Excerpts of Bennett Berson, Aug. 15, 2018 | |
| 174 | Yongjun Toy Catalog | FLAMBEAU000714-FLAMBEAU000730 |
| 175 | Casino Cube puzzle | |
| 176 | Emoji Cube puzzle | |
| 177 | Dice Cube puzzle | |
| 178 | Numbers Cube puzzle | |
| 179 | Squares and Circles Cube puzzle | FLAMBEAU001458 |

| EXHIBIT | DESCRIPTION | BATES RANGE |
|---|---|---|
| 180 | Colored Circles Cube puzzle | |
| 181 | Rebuttal Expert Report of Richard Gottlieb, dated Jan. 7, 2019 | |
| 182 | Sponge Bob Cube puzzle | FLAMBEAU000512 |
| 183 | Disney Cube puzzle | FLAMBEAU000886 |
| 184 | Mirror Cube puzzle | FLAMBEAU0001455 |
| 185 | DianSheng Case Cube | FLAMBEAU000491-FLAMBEAU000493 |
| 186 | Redi Cube puzzle, Amazon | FLAMBEAU000433-FLAMBEAU000440 |
| 187 | Redi Cube puzzle | FLAMBEAU001461 |
| 188 | Deposition Transcript Excerpts of Dana Roberts, Aug.14, 2018 | |
| 189 | Quick Cube Packaging Design Request Form, dated June 8, 2015 | FLAMBEAU002606 |
| 190 | 3x3 RUBIK'S Speed Cube Webpage | FLAMBEAU002577-FLAMBEAU002585 |
| 191 | Rubik's Mirror Block | |
| 192 | Ruwix Website re "Speedcubing" | |
| 193 | Article, Ian Scheffler, "Cracking The Cube, Going Slow To Go Fast and Other Unexpected Turns In The World Of Competitive Rubik's Cube Solving" | FLAMBEAU002117-FLAMBEAU002400 |
| 194 | Deposition Transcript Excerpts of Jessie Roberts, dated Dec. 12, 2018 | |
| 195 | Expert Rebuttal Report of Rebuttal Expert Report of Rany L. Simms, dated Jan., 7, 2019 | |

Respectfully submitted,

Dated: New York, New York
August 5, 2020

/s/ Darren W. Saunders
Darren W. Saunders
dsaunders@peroffsaunders.com
Mark I. Peroff
mark.peroff@peroffsaunders.com
Cassandra M. Tam
cassandra.tam@peroffsaunders.com
Jason H. Kasner
jkasner@peroffsaunders.com
PEROFF SAUNDERS P.C.
745 5th Avenue | Suite 500
New York, NY 10151
Tel: 646.898.2030

Attorneys for Plaintiff
Rubik's Brand Limited

6

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on August 5, 2020, by electronic mail on counsel of record for Defendant, pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Judge Gardephe's Rule IV.C:

QUARLES & BRADY, LLP
Anthony A Tomaselli
Anthony.Tomaselli@quarles.com
Anita Marie Boor
anita.boor@quarles.com
Kristin Graham Noel
kristin.noel@quarles.com
Matthew J Duchemin
matthew.duchemin@quarles.com

*Attorneys for Defendant*
*Flambeau, Inc.*

By:     _/s/Cassandra M. Tam_____
        Cassandra M. Tam