UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Rubik's Brand Limited,

                           Plaintiff,

-against-

Flambeau, Inc., et al.,

                           Defendants.
------------------------------------------------------------------X

**ORDER SCHEDULING
TELEPHONIC ORAL ARGUMENT**

17-CV-6559 (PGG) (KHP)

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/14/2021**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A telephonic Oral Argument in this matter is hereby scheduled for **Monday, January 25, 2021, at 1:30 p.m.** Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

      SO ORDERED.

Dated: January 14, 2021
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge