USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/03/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Rubik's Brand Limited,

                                Plaintiff,

-against-

Flambeau, Inc., et al.,

                                Defendants.
----------------------------------------------------------------X

**ORDER SCHEDULING
TELEPHONE CONFERENCE**

17-CV-6559 (PGG) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic Settlement Status Conference in this matter is hereby scheduled for **Wednesday, October 19, 2022 at 12:00 p.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.**

       **SO ORDERED.**

Dated: October 3, 2022
      New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge