```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Rubik's Brand Limited,

                                                  Plaintiff,

-against-

Flambeau, Inc., et al.,

                                                  Defendants.

----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONIC SETTLEMENT STATUS CONFERENCE**

17-CV-6559 (PGG) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A telephonic Settlement Status Conference in this matter is hereby scheduled for **Thursday, March 30, 2023 at 3:30 p.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

      **SO ORDERED.**

Dated: March 24, 2023
      New York, New York

*[Signature: Katharine H. Parker]*

_____
KATHARINE H. PARKER
United States Magistrate Judge