```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/30/3023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Rubik's Brand Limited,

                                     Plaintiff,

-against-

Flambeau, Inc., et al.,

                                   Defendants.

-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONIC SETTLEMENT STATUS CONFERENCE**

17-CV-6559 (PGG) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic Settlement Status Conference in this matter is hereby scheduled for **Monday, April 10, 2023 at 10:00 a.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.**

**SO ORDERED.** Dated:

    March 30, 2023
      New York, New York

*[signature: Katharine H. Parker]*

_____
KATHARINE H. PARKER
United States Magistrate Judge