UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUBIK'S BRAND LIMITED,

              Plaintiff,

- v -

FLAMBEAU, INC., et al.,

              Defendants.

**ORDER**

17 Civ. 6559 (PGG) (KHP)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court has been informed that the parties have been engaged in settlement discussions. Accordingly, this matter is stayed until the parties complete those discussions. By **May 1, 2023,** the parties will file a joint letter regarding the status of their settlement discussions.

Dated: New York, New York
       March 31, 2023

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge