**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

Rubik's Brand Limited,

                                      Plaintiff,

-against-

Flambeau, Inc., et al.,

                                      Defendants.

---------------------------------------------------------------X

**ORDER**

**17-CV-6559 (PGG) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

By **October 9, 2023**, the parties shall email the Court regarding the status of their settlement discussions.

    **SO ORDERED.**

Dated: October 2, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge