USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Rubik's Brand Limited,

                        Plaintiff,

-against-

Flambeau, Inc., et al.,

                        Defendants.

-----------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

17-CV-6559 (PGG) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter utilizing Microsoft Teams is hereby scheduled for **Thursday, February 8, 2024 at 2:00 p.m.**  Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are directed to submit letters to the Court regarding their respective positions on the remaining terms at issue by **February 1, 2024.**

SO ORDERED.

Dated: December 11, 2023
New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge