```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Rubik's Brand Limited,

                                Plaintiff,

-against-

Flambeau, Inc., et al.,

                                Defendants.
---------------------------------------------------------------X

**ORDER**

17-CV-6559 (PGG) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court requests an email update on the status of the settlement discussions by **3/7/2024**.

    **SO ORDERED.**

Dated: February 29, 2024
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge