```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  06/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Rubik's Brand Limited,

                                        Plaintiff,

-against-

Flambeau, Inc., et al.,

                                        Defendants.

-----------------------------------------------------------------X

**ORDER**

**17-CV-6559 (PGG) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        By **July 28, 2024**, the parties are ordered to email the Court to provide a status update on settlement discussions.

        **SO ORDERED.**

    Dated: June 18, 2024
           New York, New York

_____
    KATHARINE H. PARKER
    United States Magistrate Judge